JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATA MAZAHERI, M.D., INC., | Case No. 2:24-cv-00453-FLA (AGRx) |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE [DKT. 12]** |
| VS. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

On March 25, 2024, Plaintiff Ata Mazaheri, M.D. Inc. ("Plaintiff") and Defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company ("Defendants") filed a Joint Stipulation to Dismiss Action Without Prejudice ("Stipulation"). Dkt. 12.

Having considered the Stipulation and finding good cause therefore, the court APPROVES the Stipulation and hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: March 26, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge